■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent v ALDEN F. BOYCE, Appellant. — Appeal by defendant, as limited by his motion, from two sentences of the County Court, Suffolk County, both imposed March 26,

1980 and amended on March 27, 1980. Sentences, as amended, affirmed. No opinion. Gulotta, J. P., Cohalan, Margett and O'Connor, JJ., concur.